JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 5584

------------------------------------------------x

COMPANIA MINERA SPENCE S.A.,

    Plaintiff,

2008 Civ.

- against -

**FRCP RULE 7.1
DISCLOSURE STATEMENT**

SEABOARD MARINE, LTD.,

    Defendants.

------------------------------------------------X

RECEIVED
JUN 20 2008
U.S.D.C. S.D. N.Y.
CASHIERS

NOW comes plaintiff, COMPANIA MINERA SPENCE S.A., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

COMPANIA MINERA SPENCE S.A. is a wholly owned subsidiary of BHP BILLITON PLC. BHP BILLITON PLC. is publicly traded company (NYSE: BBL).

Dated: New York, New York
      June 20, 2008
      222-43

                        CASEY & BARNETT, LLC
                        Attorneys for Plaintiff

            By: _____
                 Martin F. Casey (MFC-1415)
                 317 Madison Avenue, 21st Floor
                 New York, New York 10017
                 (212) 286-0225