UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COMPANIA MINERA SPENCE S.A.,   2008 Civ. 5584 (PKL)

      Plaintiff,   **RETURN OF SERVICE**

   - against -

SEABOARD MARINE, LTD.

      Defendant.
------------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, Affidavit of Service executed by Roy De La Espriella declaring under penalty of perjury under the laws of the United States that on June 30, 2008 he served a true copy of the Summons and Complaint for the above referenced civil action upon Cristy Calvo as authorized to accept service on behalf of defendant Seaboard Marine, Ltd.

Dated: New York, New York
      July 3, 2008
      222-43

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

               By:  *Martin F. Casey*
                         Martin F. Casey (MFC-1415)
                         317 Madison Avenue, 21st Floor
                         New York, New York 10017
                         (212) 286-0225

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08-CV-5584                                                  Date Filed: _____

Plaintiff:
**COMPANIA MINERA SPENCE, S.A.,**
vs.
Defendant:
**SEABOARD MARINE, LTD.,**

For:
Martin F. Casey
CASEY & BARNETT, LLC
317 Madison Avenue
21st Floor
New York, NY 10017

Received by Professional Process Servers on the 27th day of June, 2008 at 12:32 pm to be served on **SEABOARD MARINE LTD., 8001 NW 79 AVE, MIAMI, FL 33166**.

I, Roy De La Espriella, being duly sworn, depose and say that on the **30th day of June, 2008** at **9:30 am**, I:

Served the within named Corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me to CRISTY CALVO as AUTHORIZED TO ACCEPT of the within named corporation, in compliance with State Statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true, that I am over the age of eighteen, that I have no interest in the above action, and that I am a Certified Process Server in the circuit in which it was served, and in good standing.



C. NUNEZ
MY COMMISSION # DD 543077
EXPIRES: May 4, 2010
1-800-3-NOTARY   FL Notary Discount Assoc. Co.

Subscribed and Sworn to before me on the 30th day of June, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Roy De La Espriella
1608

Professional Process Servers
& Investigators, Inc.
1749 N.E. 26th Street, Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2008012409